Tiffany R. Davis

vs

CandleChaseApts

Jan 23, 2015
FILED
TARRANT COUNTY TEXAS

2015 JAN 26 AM 11: 43

MARY LOUISE GARCIA
COUNTY CLERK
By _____ Case No. 2014006814

FILED IN
2nd COURT OF APPEALS
FORT WORTH, TEXAS
1/28/2015 3:36:59 PM
DEBRA SPISAK
Clerk

Reason for Appeal

My reason(s) for appealing the decision and judgment against me for Eviction claim. May issue with CandleChase is that they would not except my payment even on the Court day in full which I was prepared to pay in full. My neighbor next door is currently still occuping and has even signed a new lease recently. I witnessed the Constable serving them an eviction over 5-6 months ago. I was/am still disturbed over that fact they won't except my payment.

Thanks

Tiffany R. Davis

Tiffany R. Davis

817-770-1312

SCANNED
JAN 27 2015

**FILED**
**TARRANT COUNTY TEXAS**

**2015 JAN 26   AM 11:43**

ARY LOUIS   ARCIA
**COUNTY CLERK**

BY_____

Tiffany R. Davis
6826 S. Hulen St.
Ft. Worth, Tx. 76133

100 W. Weatherford
Rm 250
Ft. Worth, Tx. 76196



NORTH TEXAS TX FSDC
DALLAS TX 750
23 JAN 2015 PM 5 L

76196